# *IN THE UNITED STATES DISTRICT COURT*
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

R.S. MANN, MD.                                                                PLAINTIFF

vs.                           NO.    4:05CV00682 GTE

JOHN WAID                                                                     DEFENDANT

## ORDER OF DISMISSAL

Pursuant to the Notice of Voluntary Dismissal filed by the parties, this action should be dismissed,

IT IS THEREFORE ORDERED that this cause of action is hereby dismissed without prejudice.  All pending motions are moot.

DATED this 28th day of June, 2006.

```
                              __/s/ Garnett Thomas Eisele_____
                              UNITED STATES DISTRICT JUDGE
```